AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: <br> 23-8213MB | Date and time warrant executed: <br> 4/20/2023 9:56 am | Copy of warrant and inventory left with: <br> USPS |
| Inventory made in the presence of : <br> Postal Inspectors James Keenan & Matt Murrow | | |
| Inventory of the property taken and name of any person(s) seized: <br><br> EI 559 509 004 US <br><br> - White cardboard box <br> - T shirts <br> - Black and white box <br> - Shredded paper <br> - Clear vacuum sealed bag containing approximately 1032.7 grams of a white powder in a brick-shape which field tested positive for fentanyl | | |

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____04/20/2023_____

RAYMOND SHEPARD
Digitally signed by Raymond Shepard
Date: 2023.04.20 13:29:25 -07'00'

*Executing officer's signature*

Raymond Shepard, Postal Inspector

*Printed name and title*

# UNITED STATES DISTRICT COURT
## District of Arizona

*In the Matter of the Search of:*
**SUBJECT PARCEL:** One USPS Express Mail parcel bearing USPS tracking number EI 559 509 004 US, addressed to "Janice Howard, 200 Westdale Ct, Dayton, Ohio, 45402," with a return address of "Henry Garcia, 1349 N 38th Dr Phoenix, AZ 85009." It is a white Express Mail parcel measuring 11.25" X 8.75" X 6"; weighing 4 pounds 3 ounces; postmarked April 18, 2023; and bearing $80.95 in postage.

**SEARCH WARRANT**

Case Number: 23-8213mB

TO: Anne Anderson and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, Anne Anderson, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL:** One USPS Express Mail parcel bearing USPS tracking number EI 559 509 004 US, addressed to "Janice Howard, 200 Westdale Ct, Dayton, Ohio, 45402," with a return address of "Henry Garcia, 1349 N 38th Dr Phoenix, AZ 85009." It is a white Express Mail parcel measuring 11.25" X 8.75" X 6"; weighing 4 pounds 3 ounces; postmarked April 18, 2023; and bearing $80.95 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1) and 846.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___5/3/23___ (Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

___4-19-23   3:00 pm___        at        Phoenix, Arizona
Date and Time Issued                              City and State

HONORABLE JOHN Z. BOYLE
UNITED STATES MAGISTRATE JUDGE                 _____JBn_____
Name and Title of Judicial Officer             Signature of Judicial Officer